JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| EDWARD ASLANYAN, | ) No. CV 13-00485-GHK (DFM) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: 5/23/16

GEORGE H. KING
Chief United States District Judge